ISAAC M. MITTENTHAL, Appellant, *v.* GREENBAUM SONS SECURITIES CORPORATION, Respondent.

(Argued October 14, 1930; decided November 18, 1930.)

*Isidor Bregoff* for appellant.
*Thomas Kiernan* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.